UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HYBRID FINANCIAL LTD.,

        Plaintiff,

v.

LIFE SPECTACULAR INC.,

        Defendant.

Case No.  Case No. 8:22-cv-1197-TPB-JSS

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Hybrid Financial Ltd. – Plaintiff
- Akerman LLP – law firm for Plaintiff
- Life Spectacular Inc. – Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

63797863;1

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Hybrid Financial Ltd.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 7, 2022

AKERMAN LLP

By: *John L. Dicks II*
John L. Dicks II
Florida Bar No.: 89012
Patrick S. Brathwaite
Florida Bar No.: 1018493
401 E. Jackson Street, Suite 1700
Tampa, FL  33602-5250
Tel: (813) 223-7333
Fax: (813) 223-2837
Primary: john.dicks@akerman.com
Alternate: judy.mcarthur@akerman.com
Secondary: patrick.brathwaite@akerman.com
Alternate: ava.hill@akerman.com

*Attorneys for Plaintiff Hybrid Financial Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished to all parties via electronic mail using the Court's CM/ECF system on the 7th day of June, 2022.

*/s/ John L. Dicks II*
John L. Dicks II

63797863;1